# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JAN 2̶1̶ 2026

**TANISHA RICHARD**, Plaintiff

v.

**CDI PRODUCTS LLC**, Defendant.

Nathan Ochsner, Clerk of Court

Civil Action No.: _____

# COMPLAINT – EMPLOYMENT DISCRIMINATION

## I. PARTIES

1. Plaintiff Tanisha Richard is an individual residing in the Southern District of Texas.
2. Defendant CDI Products LLC is a business entity operating in the State of Texas.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331.
4. Venue is proper in this District under 28 U.S.C. § 1391.

## III. FACTUAL ALLEGATIONS

5. Plaintiff was employed by Defendant CDI Products LLC.
6. On or about February 4, 2025, Plaintiff was subjected to unlawful employment discrimination.
7. Plaintiff performed her job duties satisfactorily.
8. Despite this, Defendant treated Plaintiff unfairly and took adverse employment action.
9. Defendant's actions caused Plaintiff financial loss and emotional distress.

## IV. CLAIM FOR RELIEF – DISCRIMINATION

10. Defendant discriminated against Plaintiff in violation of federal employment laws.
11. Plaintiff was harmed as a direct result of Defendant's unlawful conduct.

## V. DAMAGES

12. Plaintiff suffered lost wages, emotional distress, and financial hardship.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter judgment in her favor, award damages, costs, and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Tanisha Richard
Plaintiff, Pro Se

Signature: _____
Date: _____

RETURN ADDRESS, FOLD AT DOTTED LINE
STICKER AT TOP OF ENVELOPE TO THE RIGHT

 llance Michele
37 Normand Meadows LN
mble, TX 77338

Retail

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77026
JAN 07, 2026

77208

$8.02

RDC 99

S2324N507069-04

CERTIFIED MAIL

LO 5270 3478 8269 95

United States Courts
Southern District of Texas
FILED

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

Clerk of Court
US District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, TX 77208