EXHIBIT 1
PAGE 1 of 2

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/05/2026

To: Mrs. Tanisha Richard
21107 Normand Meadows Lane
HUMBLE, TX 77338
Charge No: 460-2025-04696

EEOC Representative and email:    DEIRDRE ARTHUR-REED
INVESTIGATOR
DEIRDRE.ARTHUR-REED@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal. You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2025-04696.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
01/05/2026

Rayford O. Irvin
District Director

Cc:
NA NA
CdI Products LLC
8103 Rankin Rd
HUMBLE, TX 77396


Please retain this Notice for your records.

4:10    •• LTE

EXHIBIT 2
Page 1 of 2

< Sent    ↩    ?

 **Richard, Tanisha V**

Maddox, Joy ∨

February 11, 2025 at 3:29:28 PM

# Department Transfer Request 2-11-2025

Good afternoon, I'm writing to request a transfer to another department. The reason for my request is that ever since our department was combine with assembly/springs the management has given badgering safety meetings. These (January) meeting consisted of telling us who the bosses are repeatedly along with what marks are to be achieved on the company survey. Or remarks such as people needing attention? One can take this the wrong way or even saying someone has a bad spirit. Just because someone speaks up doesn't mean they have a bad spirit. It's to let the other person know you disagree. All persons may not even attend church but I happen to do. But this could offend someone else and it did. Again these ladies are so frightened they look to the floor the whole time. We do not discuss safety like we should and the meetings are at 9 or 10am when someone surely could have an accident by then. By the time my area leave these meetings they are all depressed because they feel harassed. But I can only speak for myself. ( which I feel also). Like he is not suppose to know what I put on my survey so much for confidentiality. This is not a proper way to address employees. Before this becomes a problem I'm trying to solve it. Things are not done fairly. The piston cup cell has a small amount of orders but they send their people to do all of our work and they go back to their area to finish their OT now we have to go home. As for many of

< Sent　　　　　　　　　　↩　　？

time my area leave these meetings they are all depressed because they feel harassed. But I can only speak for myself. ( which I feel also). Like he is not suppose to know what I put on my survey so much for confidentiality. This is not a proper way to address employees. Before this becomes a problem I'm trying to solve it. Things are not done fairly. The piston cup cell has a small amount of orders but they send their people to do all of our work and they go back to their area to finish their OT now we have to go home. As for many of us, this time is important to get orders out and to take care of our home obligations. I know we are supposed to work together but they are saying they don't want new people in the area. I have 2 years plus working the Laser , deburr and washing and inspecting parts. There are many things I am qualified to do. I feel I'm being limited. I did speak to Arving and he said he was all for my improvement . To him the work is the same everywhere. If I am not able to transfer I am asking to complete my hours in another area. I'm a pretty productive employee who works hard as anyone else. And this treatment is terrible . Even stating if someone don't like it go find work elsewhere. As a manager I would try to find out the problem. Just as John said they would not give me help when he was my manager now people are everywhere. February the same scenario, although Mr.Arving is not here. As always , I just want to do my job and go home. In this area I'm not able to obtain any more knowledge and now I'm being limited. And as always I'm proud to say I'm a Senior at the company I worked hard to get here. And for my manager to say he doesn't care that I work here 20 years is disheartening and in front of all these people. ( they will never admit) but he did. If you would kindly look into this concern for me. If I am not able to transfer will I be allowed to finish my hours in another area learning something new.



EXHIBIT 3

**Wanda Padilla**    Chat    Shared

Wanda Padilla  2:14 PM
and you ?

2:14 PM
Im rechecking all parts that they so.

Since both are fairly new im double checking if they miss something

we finish both 621920 and 62965 they were small jobs

2:36 PM
Machine operator left at 2pm

2:44 PM
We want to make our 10hr but with so many we are running out of parts early. Is there something else we can share?

Wanda Padilla  2:58 PM
There are no sales orders and I do not have work available anywhere else at this time, tomorrow we are going to work 8 hours in some areas.

3:08 PM
Yes ma'am I was asking because I am trying to be fair. If someone comes to do all we have for one and work 10 hrs. somewhere else it isn't fair to us. And they are both finishing by 10 am. I will then have to send one person back. I'm just trying to understand what's going on. Everything we have is also a stock order.

Type a message

EXHIBIT 4

**11:10**      LTE

< Sent



Richard, Tanisha V

Maddox, Joy ∨

February 17, 2025 at 5:39:04 PM

# Meeting with Mr.Arving 2/17/24

Good afternoon Joy, Just to follow up in regard to my first letter I did speak to Arving one on one. He did clarify some of the issues that were at hand but one. There is no cross training done in their area only the piston cup cell. This is unfair to person who want to work OT just as they do. I have requested several times if I can't work in their area would I be permitted to work in another department. I have bills to pay just as everyone else and I feel I'm being limited and some workload imbalance is happening. I am again requested to work in other areas but f we don't have order in n our area. I will ask that you look into this one thing. Respectfully submitted, Tanisha

9:45    ..ıll LTE 🔋

EXHIBIT5

< AA

Your application for the Assembly Clerk - 2nd Shift position has been received by Dayforce, and they will soon review all applicants for this position.



Created by Yahoo Mail ⓘ    👍 👎

## Assembly Clerk - 2nd Shift Application Update

 **notify@dayforce.com**    Jul 2 ☆
www.dayforce.com
To: Me ∨

Tanisha, We have received your application for the position - Assembly Clerk - 2nd Shift We will be reviewing all applicants shortly. If we find your qualifications are a match for our position, we will contact you to discuss further.Thank you for giving us the opportunity to consider you for the Assembly Clerk - 2nd Shift position with . Regards,

If you no longer want to receive email alerts for this saved search, click the unsubscribe link above. To manage your other job alert subscriptions for this site, log in to your account and go to the Job Alerts tab.

Refer to Dayforce's Privacy Policy

 Dayforce     Visit site

 🗑 Delete    ↩ Reply    ⇨ Forward    ↥ Move    ●●● More

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

**TANISHA RICHARD**, Plaintiff
v.
**CDI PRODUCTS LLC**, Defendant.
Civil Action No.: _____

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (AO 240)

### 1. Employment

Currently employed: Yes
Employer: HISD Transportation
Gross monthly income: $2,400

### 2. Other Income

None

### 3. Money You Have

| Cash | $0 |
|------|-----|
| Checking | $200 |
| Savings | $0 |

### 4. Property Owned

House (primary residence); Car (personal transportation)

### 5. Monthly Expenses

| Mortgage | $1,388 |
|----------|--------|
| Utilities | $400 |
| Food | $75 |
| Transportation / Insurance | $50 |
| Medical | $100 |
| Phone | $50 |
| Internet | $74 |
| Property Taxes | $100 |

### 6. Dependents

No dependents

I declare under penalty of perjury that the information above is true and correct.

Signature: _Tanisha Vaster Richard_

# U.S. District Court – Civil Cover Sheet (JS-44)

| Plaintiff(s): | Tanisha Richard |
|---|---|
| Address: | Houston, TX |
| Defendant(s): | CDI Products LLC |
| Address: | 8103 Rankin Road, Houston, TX 77396 |
| County of Residence (Plaintiff): | Harris |
| County of Residence (Defendant): | Harris |
| Origin of Suit: | Original |
| Cause of Action / Nature of Suit: | Employment Discrimination (Title VII) |
| Requested in Complaint: | Monetary damages, injunctive relief, attorney fees |
| Jury Demand: | Yes |

Signature of Attorney or Pro Se Plaintiff: _Tanisha Varter Richard_

Date: _1|7|26_

United States Courts
Southern District of Texas
FILED

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

nishca Richard

07 Normand Meadows Ln

mble, TX 77338

STICKER AT TOP OF ENVELOPE TO THE RIGHT
RETURN ADDRESS FOLD AT DOTTED LINE

RTIFIED MAIL

10 5270 3478 8269 95

**Retail**

UNITED STATES
POSTAL SERVICE®

77208

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77026
JAN 07, 2026

**$8.02**

S2324N507069-04

United States Courts
Southern District of Texas
FILED

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

Clerk of Court
US District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, TX 77208

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

**TANISHA RICHARD**, Plaintiff

v.

**CDI PRODUCTS LLC**, Defendant.

Civil Action No.: _____

United States Courts
Southern District of Texas
F I L E D

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (AO 240)

1. Employment

Currently employed: Yes
Employer: HISD Transportation
Gross monthly income: $2,400

2. Other Income

None

3. Money You Have

| Cash | $0 |
|------|-----|
| Checking | $200 |
| Savings | $0 |

4. Property Owned

House (primary residence); Car (personal transportation)

5. Monthly Expenses

| Mortgage | $1,388 |
|----------|--------|
| Utilities | $400 |
| Food | $75 |
| Transportation / Insurance | $50 |
| Medical | $100 |
| Phone | $50 |
| Internet | $74 |
| Property Taxes | $100 |

6. Dependents

No dependents

I declare under penalty of perjury that the information above is true and correct.

Signature: _Tanisha Vaster Richard_

# U.S. District Court – Civil Cover Sheet (JS-44)

| Plaintiff(s): | Tanisha Richard | |
|---|---|---|
| Address: | Houston, TX | |
| Defendant(s): | CDI Products LLC | |
| Address: | 8103 Rankin Road, Houston, TX 77396 | |
| County of Residence (Plaintiff): | Harris | |
| County of Residence (Defendant): | Harris | |
| Origin of Suit: | Original | |
| Cause of Action / Nature of Suit: | Employment Discrimination (Title VII) | |
| Requested in Complaint: | Monetary damages, injunctive relief, attorney fees | |
| Jury Demand: | Yes | |

Signature of Attorney or Pro Se Plaintiff: *Tanisha Varter Richard*
Date: 1|7|26

United States Courts
Southern District of Texas
FILED

JAN 22 2026

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

**TANISHA RICHARD**, Plaintiff

v.

**CDI PRODUCTS LLC**, Defendant.

Civil Action No.: _____

# COMPLAINT – EMPLOYMENT DISCRIMINATION

## I. PARTIES

1. Plaintiff Tanisha Richard is an individual residing in the Southern District of Texas.
2. Defendant CDI Products LLC is a business entity operating in the State of Texas.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331.
4. Venue is proper in this District under 28 U.S.C. § 1391.

## III. FACTUAL ALLEGATIONS

5. Plaintiff was employed by Defendant CDI Products LLC.
6. On or about February 4, 2025, Plaintiff was subjected to unlawful employment discrimination.
7. Plaintiff performed her job duties satisfactorily.
8. Despite this, Defendant treated Plaintiff unfairly and took adverse employment action.
9. Defendant's actions caused Plaintiff financial loss and emotional distress.

## IV. CLAIM FOR RELIEF – DISCRIMINATION

10. Defendant discriminated against Plaintiff in violation of federal employment laws.
11. Plaintiff was harmed as a direct result of Defendant's unlawful conduct.

## V. DAMAGES

12. Plaintiff suffered lost wages, emotional distress, and financial hardship.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter judgment in her favor, award damages, costs, and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Tanisha Richard
Plaintiff, Pro Se

Signature: _____

Date: _____

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

### Issued On: 01/05/2026

To: Mrs. Tanisha Richard
21107 Normand Meadows Lane
HUMBLE, TX 77338
Charge No: 460-2025-04696

EEOC Representative and email:     DEIRDRE ARTHUR-REED
INVESTIGATOR
DEIRDRE.ARTHUR-REED@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of EEOC's official notice of dismissal. You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2025-04696.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
01/05/2026

Rayford O. Irvin
District Director

**Cc:**
NA NA
CdI Products LLC
8103 Rankin Rd
HUMBLE, TX 77396

Please retain this Notice for your records.

EXHIBIT 2
page 1 of 2

< Sent



**Richard, Tanisha V**

Maddox, Joy ∨

February 11, 2025 at 3:29:28 PM

# Department Transfer Request 2-11-2025

Good afternoon, I'm writing to request a transfer to another department. The reason for my request is that ever since our department was combine with assembly/springs the management has given badgering safety meetings. These (January) meeting consisted of telling us who the bosses are repeatedly along with what marks are to be achieved on the company survey. Or remarks such as people needing attention? One can take this the wrong way or even saying someone has a bad spirit. Just because someone speaks up doesn't mean they have a bad spirit. It's to let the other person know you disagree. All persons may not even attend church but I happen to do. But this could offend someone else and it did. Again these ladies are so frightened they look to the floor the whole time. We do not discuss safety like we should and the meetings are at 9 or 10am when someone surely could have an accident by then. By the time my area leave these meetings they are all depressed because they feel harassed. But I can only speak for myself. ( which I feel also). Like he is not suppose to know what I put on my survey so much for confidentiality. This is not a proper way to address employees. Before this becomes a problem I'm trying to solve it. Things are not done fairly. The piston cup cell has a small amount of orders but they send their people to do all of our work and they go back to their area to finish their OT now we have to go home. As for many of

EXHIBIT 2
page 2 of 2

time my area leave these meetings they are all depressed because they feel harassed. But I can only speak for myself. ( which I feel also). Like he is not suppose to know what I put on my survey so much for confidentiality. This is not a proper way to address employees. Before this becomes a problem I'm trying to solve it. Things are not done fairly. The piston cup cell has a small amount of orders but they send their people to do all of our work and they go back to their area to finish their OT now we have to go home. As for many of us, this time is important to get orders out and to take care of our home obligations. I know we are supposed to work together but they are saying they don't want new people in the area. I have 2 years plus working the Laser , deburr and washing and inspecting parts. There are many things I am qualified to do. I feel I'm being limited. I did speak to Arving and he said he was all for my improvement . To him the work is the same everywhere. If I am not able to transfer I am asking to complete my hours in another area. I'm a pretty productive employee who works hard as anyone else. And this treatment is terrible . Even stating if someone don't like it go find work elsewhere. As a manager I would try to find out the problem. Just as John said they would not give me help when he was my manager now people are everywhere. February the same scenario, although Mr.Arving is not here. As always , I just want to do my job and go home. In this area I'm not able to obtain any more knowledge and now I'm being limited. And as always I'm proud to say I'm a Senior at the company I worked hard to get here. And for my manager to say he doesn't care that I work here 20 years is disheartening and in front of all these people. ( they will never admit) but he did. If you would kindly look into this concern for me. If I am not able to transfer will I be allowed to finish my hours in another area learning something new.



EXHIBIT 3

Wanda Padilla 2:14 PM
and you ?

2:14 PM
I'm rechecking all parts that they so.

Since both are fairly new im double checking if they miss something

we finish both 621920 and 62965 they were small jobs

2:36 PM
Machine operator left at 2pm.

2:44 PM
We want to make our 10hr but with so many we are running out of parts early. Is there something else we can share?

Wanda Padilla 2:58 PM
There are no sales orders and I do not have work available anywhere else at this time, tomorrow we are going to work 8 hours in some areas.

3:02 PM
Yes ma'am I was asking because I am trying to be fair . If someone comes to do all we have for one and work 10 hrs somewhere else . it isn't fair to us. And they are both finishing by 10 am. I will then have to send one person back. I'm just trying to understand what's going on. Everything we have is also a stock order.

80°F Mostly cloudy

EXHIBIT 4

‹ Sent                                    ↰    ?



**Richard, Tanisha V**
Maddox, Joy ⌄
February 17, 2025 at 5:39:04 PM

# Meeting with Mr.Arving 2/17/24

Good afternoon Joy, Just to follow up in regard to my first letter I did speak to Arving one on one. He did clarify some of the issues that were at hand but one. There is no cross training done in their area only the piston cup cell. This is unfair to person who want to work OT just as they do. I have requested several times if I can't work in their area would I be permitted to work in another department. I have bills to pay just as everyone else and I feel I'm being limited and some workload imbalance is happening. I am again requested to work in other areas but f we don't have order in n our area. I will ask that you look into this one thing. Respectfully submitted, Tanisha

**9:45**  .ıl LTE ▭

EXHIBIT 5

< AA

> Your application for the Assembly Clerk - 2nd Shift position has been received by Dayforce, and they will soon review all applicants for this position.
>
>
>
> Created by Yahoo Mail (i)    👍 👎

# Assembly Clerk - 2nd Shift Application Update

 **notify@dayforce.com**    Jul 2
www.dayforce.com
To: Me ∨

Tanisha, We have received your application for the position - Assembly Clerk - 2nd Shift We will be reviewing all applicants shortly. If we find your qualifications are a match for our position, we will contact you to discuss further.Thank you for giving us the opportunity to consider you for the Assembly Clerk - 2nd Shift position with . Regards,

If you no longer want to receive email alerts for this saved search, click the unsubscribe link above. To manage your other job alert subscriptions for this site, log in to your account and go to the Job Alerts tab.

Refer to Dayforce's Privacy Policy

 **Dayforce**    Visit site

 🗑     ↩     ⇨     📤    ○○○

Delete    Reply    Forward    Move    More