United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA RICHARD | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H:26-0537 |
| | § | |
| CDI PRODUCTS LLC | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is the Plaintiff's Application to Proceed in District Court without Prepaying

Fees or Costs (Doc. No. 7) and Magistrate Judge Bray's Memorandum and Recommendation (Doc.

No. 8) recommending Plaintiff's application be denied.  There were no objections filed to the

Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with Magistrate Judge Bray's conclusion that the application

to proceed without paying fees should be denied.  Accordingly, it is  hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 8) is **ADOPTED,** and

Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 7)

is **DENIED**.

SIGNED this _____ 2ⁿᵈ _____ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE